CHARLES R. GREBING, State Bar No. 47927
*cgrebing@wingertlaw.com*
ALAN K. BRUBAKER, State Bar No. 70298
*abrubaker@wingertlaw.com*
ANIRUDH RAMAKRISHNAN, State Bar No. 342317
*aramakrishnan@wingertlaw.com*
WINGERT GREBING BRUBAKER & WALSHOK LLP
1230 Columbia Street, Suite 400
San Diego, CA 92101-3370
(619) 232-8151; Fax (619) 232-4665

EUGENE G. IREDALE, State Bar No. 75292
*egiredale@iredalelaw.com*
JULIA YOO, State Bar No. 231163
*jyoo@iredalelaw.com*
PETER BIBRING, State Bar No. 223981
*peter@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
(619) 233-1525

Attorneys for Plaintiff THE ESTATE OF DOMINIQUE McCOY by and through its Court Appointed Administrator WILLIAM McCOY; WILLIAM McCOY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DOMINIQUE McCOY by and through its Court Appointed Administrator WILLIAM McCOY; and WILLIAM McCOY,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; WILLIAM RENNER, JR.; DESAN TYSON; DANIEL CHEUNG; JACOB SAELENS; FERNANDO MENDOZA; CHRISTINA ANOSIKE; CRYSTAL REEVES; RICHARD WILLIAMS; CESAR CARDOZA; and DOES 10-36, Inclusive,<br><br>Defendants. | Case No. 22-cv-1724-BTM-SBC<br><br>**CERTIFICATION OF COMPLIANCE WITH THE COURT'S ORDER OF JULY 7, 2026**<br><br>Judge:  Judge Barry Ted Moskowitz<br>Ctrm:   15B<br>Magistrate Judge: Steve B. Chu<br>Ctrm:   13B |

{00835504.DOCX}                                          1

WINGERT GREBING BRUBAKER & WALSHOK LLP

WINGERT GREBING BRUBAKER & WALSHOK LLP

I, Charles R Grebing, counsel for THE ESTATE OF DOMINIQUE McCOY by and through its Court Appointed Administrator WILLIAM McCOY, hereby certify that I have complied with the Court's Order entitled "Order Denying Motions for Reconsideration" issued July 7, 2026. The Court's Order of July 7, 2026, document number 174, ordered that a copy of the Court's Order of this date, along with the Order of April 27, 2026, with publicly filed briefs in support of and in opposition to the motions have been forwarded to the representative of the Plaintiff's Estate. Said orders, as well as briefing, have been forwarded to the representative on July 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated:  July 14, 2026                    WINGERT GREBING BRUBAKER & WALSHOK LLP

By:   _s/ Charles R. Grebing_
        CHARLES R. GREBING
        ALAN K. BRUBAKER
        ANIRUDH RAMAKRISHNAN
        EUGENE G. IREDALE
        JULIA YOO
        PETER BIBRING
        Attorneys for Plaintiff THE ESTATE OF
        DOMINIQUE McCOY by and through its
        Court Appointed Administrator WILLIAM
        McCOY; WILLIAM McCOY

{00835504.DOCX}                              2

**CERTIFICATION OF COMPLIANCE WITH THE COURT'S ORDER OF JULY 7, 2026**
**Case No. 22-CV-1724-BTM-SBC**