WINGERT GREBING BRUBAKER & WALSHOK LLP

CHARLES R. GREBING, State Bar No. 47927
*cgrebing@wingertlaw.com*
ALAN K. BRUBAKER, State Bar No. 70298
*abrubaker@wingertlaw.com*
ANIRUDH RAMAKRISHNAN, State Bar No. 342317
*aramakrishnan@wingertlaw.com*
WINGERT GREBING BRUBAKER & WALSHOK LLP
1230 Columbia Street, Suite 400
San Diego, CA 92101-3370
(619) 232-8151; Fax (619) 232-4665

EUGENE G. IREDALE, State Bar No. 75292
egiredale@iredalelaw.com
JULIA YOO, State Bar No. 231163
*jyoo@iredalelaw.com*
PETER BIBRING, State Bar No. 223981
*peter@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
(619) 233-1525

Attorneys for Plaintiffs, THE ESTATE OF
DOMINIQUE McCOY by and through its Court
Appointed Administrator WILLIAM McCOY; WILLIAM McCOY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME    :    *McCoy v. County of San Diego, et al.*
CASE NO      :    22-cv-1724-BTM-SBC

Judge :              Barry Ted Moskowitz        Ctrm :      15B
Magistrate Judge:  Steve B. Chu                 Ctrm :      13B

I, the undersigned, declare that I am over the age of 18 and not a party to this action. On behalf of the law firm of Wingert Grebing Brubaker & Walshok LLP located at 1230 Columbia Street, Suite 400 San Diego, CA 92101-3370.

I declare that on July 14, 2026, I served the following document(s):

**1. CERTIFICATION OF COMPLIANCE WITH THE COURT'S ORDER OF JULY 7, 2026**

{00770559.DOCX}

**CERTIFICATE OF SERVICE - 22-CV-1724-BTM-SBC**

on the interested parties in this action:

|  |  |
|---|---|
| Sarah Lanham, Esq.<br>Jack Wang, Esq.<br>Senior Deputy County Counsel<br>Office of County Counsel<br>1600 Pacific Hwy, Rm. 355<br>San Diego, CA 92101<br>Tel. 619-531-6116;<br>E-mail:<br>sarah.lanham@sdcounty.ca.gov;<br>Chelsea.Ferreira@sdcounty.ca.gov;<br>jack.wang@sdcounty.ca.gov | Attorneys for Defendant, COUNTY OF SAN DIEGO |
| Eugene G. Iredale, Esq.<br>Julia Yoo, Esq.<br>Peter Bibring, Esq.<br>Iredale & Yoo APC<br>105 W. F Street, Floor 4<br>San Diego, CA 92101-6087<br>(619) 233-1525;<br>Fax: (619) 233-3221<br>Email: egiredale@iredalelaw.com<br>jyoo@iredalelaw.com;<br>pbibring@iredalelaw.com<br>; admin@iredalelaw.com | Co-Counsel for Plaintiffs THE ESTATE OF DOMINIQUE McCOY by and through its Court Appointed Administrator WILLIAM McCOY |

☐ (BY MAIL) F.R.C.P. Rule 5(b)(2)(C):  I placed the envelope for collection and mailing, following our ordinary business practices.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business.

☒ (BY ELECTRONIC FILING/SERVICE) F.R.C.P. Rule 5(b)(2)(E):  Pursuant to the United States District Court Procedural Rules for Electronic Case Filing and the Case Management/Electronic Case Filing Rules, I electronically served the above-listed documents on those parties on the service list for the above-entitled case.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

This declaration was executed on July 14, 2026, at San Diego, California.

_____
Dede Slack

{00770559.DOCX}

**CERTIFICATE OF SERVICE - 22-CV-1724-BTM-SBC**

WINGERT GREBING BRUBAKER & WALSHOK LLP