DAMON M. BROWN, County Counsel (SBN 242265)
SARAH H. LANHAM, Supervising Deputy (SBN 213555)
JACK WANG, Supervising Deputy (SBN 271960)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5116; Fax: (619) 531-6005
E-mail: sarah.lanham@sdcounty.ca.gov; jack.wang@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Desan Tyson, Daniel Cheung, Jacob Saelens and Crystal Reeves

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF DOMINIQUE McCOY ) by and through its Court Appointed Administrator WILLIAM McCOY, )

    Plaintiff, )

    v. )

COUNTY OF SAN DIEGO; DESAN TYSON; DANIEL CHEUNG; JACOB SAELENS; CRYSTAL REEVES; and DOES 10-36, Inclusive )

    Defendants. )

No. 22cv1724- BTM-SBC

**CERTIFICATION OF COMPLIANCE WITH THE COURT'S JULY 7, 2026 ORDER [ECF 174]**

Courtroom 15B
Hon. Barry Ted Moskowitz

Magistrate Judge Hon. Steve B. Chu

22-CV-1724-BTM-SBC

I, Sarah H. Lanham, counsel for Defendants County of San Diego, Desan Tyson, Daniel Cheung, Jacob Saelens, and Crystal Reeves, hereby certify that I have complied with the Court's Order entitled "Order Denying Motions for Reconsideration" issued July 7, 2026. A copy of the Court's July 7, 2026, Order, along with the Order of April 27, 2026, and publicly filed briefs in support of and in opposition to the motions for summary judgment, were forwarded to each of the County Supervisors on July 14, 2026.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2026

*Sarah Lanham*

Sarah H. Lanham

2

22-CV-1724-BTM-SBC