Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On July 21, 2026, I served the following document(s):

- **CERTIFICATION OF COMPLIANCE WITH THE COURT'S ORDER OF JULY 7, 2026**

in the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

| | |
|---|---|
| Charles R. Grebing, Esq.<br>Alan K. Brubaker, Esq.<br>WINGERT GREBING BRUBAKER<br>& WALSHOK LLP<br>1230 Columbia Street, Suite 400<br>San Diego, CA 92101<br>(619) 232-8151<br>Email: cgrebing@wingertlaw.com<br>Email: abrubaker@wingertlaw.com<br>Email: tneuhoff@wingertlaw.com<br>Email: aramakrishnan@wingertlaw.com<br><br>(*Attorneys for Plaintiffs*) | Eugene G. Iredale, Esq.<br>June Ito, Legal Secretary<br>Iredale and Yoo, APC<br>105 West F Street, 4th Floor<br>San Diego, CA 92101<br>T: (619) 233-1525<br>Email: egiredale@iredalelaw.com<br>Email: jyoo@iredalelaw.com<br>Email: pbibring@iredalelaw.com<br>    admin@iredalelaw.com<br><br>(*Attorneys for Plaintiffs*) |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 21, 2026, at San Diego, California.

By: *s/ Sarah Lanham*
E-mail: Sarah.Lanham@sdcounty.ca.gov

*The Estate of Dominique McCoy, et al. v. County of San Diego, et al;*
USDC No. 22-cv-01724-BTM-SBC