DAMON M. BROWN, County Counsel (SBN 242265)
SARAH H. LANHAM, Supervising Deputy (SBN 213555)
JACK WANG, Supervising Deputy (SBN 271960)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5116; Fax: (619) 531-6005
E-mail: sarah.lanham@sdcounty.ca.gov; jack.wang@sdcounty.ca.gov

Attorneys for Defendants Daniel Cheung and Crystal Reeves

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

THE ESTATE OF DOMINIQUE McCOY )
by and through its Court Appointed )
Administrator WILLIAM McCOY, )
)
    Plaintiff, )
)
    v. )
)
COUNTY OF SAN DIEGO; DESAN )
TYSON; DANIEL CHEUNG; JACOB )
SAELENS; CRYSTAL REEVES; and )
DOES 10-36, Inclusive )
)
    Defendants. )
)
_____ )

No. 22cv1724- BTM-SBC

**NOTICE OF APPEAL BY DEFENDANTS DANIEL CHEUNG AND CRYSTAL REEVES**

Courtroom 15B
Hon. Barry Ted Moskowitz

Magistrate Judge Hon. Steve B. Chu

22-CV-1724-BTM-SBC

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Notice is hereby given that defendants Daniel Cheung and Crystal Reeves (together, "Defendants") appeal to the United States Court of Appeals for the Ninth Circuit from the interlocutory order of the Honorable Barry Ted Moskowitz entitled "ORDER: (1) GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT [ECF. 164] (2) GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT [ECF NOS. 113 & 134] (3) DENYING MOTION FOR SUMMARY JUDGMENT [ECF NO. 117] entered in this case on April 27, 2026 (ECF No. 164).

This Notice of Appeal is filed within thirty days of the district court's July 6, 2026 order denying the parties' respective motions for reconsideration pursuant to Rule 60(b)(1) & (b)(6) of the Federal Rules of Civil Procedure. (ECF 174; *see* Fed. R. App. Proc. 4(a)(4)(A).)

Defendants' motion for summary judgment sought qualified immunity. The denial of that aspect of the motion is immediately appealable. *Mitchell v. Forsyth*, 472 U.S. 511 (1985); *Kennedy v. Ridgefield City*, 439 F.3d 1055, 1059 (9th Cir. 2005) ("We have jurisdiction to determine whether the trial court erred in holding [defendant] was not entitled to qualified immunity.")

Dated: August 3, 2026

DAMON M. BROWN, County Counsel

*Sarah Lanham*

By: *s/Sarah Lanham*, Supervising Deputy Attorneys for Defendants Daniel Cheung and Crystal Reeves
E-mail: sarah.lanham@sdcounty.ca.gov

2

22-CV-1724-BTM-SBC

**REPRESENTATION STATEMENT**

The undersigned represents Defendants Daniel Cheung and Crystal Reeves on this appeal, and also represents defendants County of San Diego, Desan Tyson, and Jacob Saelens in the underlying action. See Fed. R. App. Proc. 12(b).

Dated: August 3, 2026                    DAMON M. BROWN, County Counsel

*Sarah Lanham*

By: *s/Sarah Lanham*, Supervising Deputy
Attorneys for Defendants Daniel Cheung
and Crystal Reeves
E-mail: sarah.lanham@sdcounty.ca.gov

22-CV-1724-BTM-SBC