EUGENE G. IREDALE: SBN 75292
*egiredale@iredalelaw.com*
JULIA YOO: SBN 231163
*jyoo@iredalelaw.com*
PETER BIBRING: SBN 223981
*pbibring@iredalelaw.com*
CHELSEA REHERMAN: SBN 343446
*creherman@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

CHARLES R. GREBING: SBN 47927
*cgrebing@wingertlaw.com*
ALAN K. BRUBAKER: SBN 70298
*abrubaker@wingertlaw.com*
ANIRUDH RAMAKRISHNAN: SBN 342317
*aramakrishnan@wingertlaw.com*
PAIGE L. BRUMAGEN: SBN 357369
*pbrumagen@wingertlaw.com*
WINGERT GREBING BRUBAKER &
 WALSHOK LLP
1230 Columbia Street, Suite 400
San Diego, CA 92101-3370
Telephone: (619) 232-8151
Fax: (619) 232-4665

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DOMINIQUE McCOY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | CASE NO. 22-cv-1724-BTM-SBC<br><br>**PLAINTIFF'S NOTICE OF CROSS-APPEAL**<br><br>Hon. Judge Barry Ted Moskowitz |

IREDALE AND YOO, APC

NOTICE IS HEREBY GIVEN that, following the Notice of Appeal filed by Defendants Daniel Cheung and Crystal Reeves on August 3, 2026 [ECF No. 178], Plaintiff The Estate of Dominique McCoy hereby also appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment Under Federal Rule of Procedure 54(b) [ECF No. 165] entered in this proceeding, specifically as to the judgment: "(1) For the County of San Diego on Plaintiff's *Monell* claim in Count One for a policy of inaction as to checking whether recalled probation violation warrants were actually cancelled in law enforcement data bases," *id.*, and from interlocutory actions that merge into that final order, Fed. R. App. P. 3(c)(4), including the Order on motions for summary judgment [ECF No. 164] granting "Defendant County's motion for partial summary judgment as to Plaintiff's *Monell* claim for a policy of inaction as to checking whether recalled probation violation warrants were actually cancelled in law enforcement data bases," and the Order Denying Motions for Reconsideration [ECF No. 174]. The district court found that "there is no just reason for delay in entering a final judgment as to this claim" [ECF 164 at 16] and entered an appealable final judgment on this claim [ECF 165].  Fed. R. Civ. P. 54(b); 28 U.S.C. § 1291.

This Notice of Appeal is filed within fourteen days of the filing of the Notice of Appeal filed in this case by Defendants Daniel Cheung and Crystal Reeves on August 3, 2026 [ECF No. 178], Fed. R. App. P. 4(a)(3), and within thirty days of this Court's

///

///

///

///

///

///

///

///

///

PLAINTIFF'S NOTICE OF APPEAL

IREDALE AND YOO, APC

July 7, 2026 order denying the parties' motions for reconsideration of the order on summary judgment [ECF No. 174]. Fed. R. App. Proc. 4(a)(4)(A).

Respectfully submitted,

DATED:      August 5, 2026      IREDALE & YOO, APC
EUGENE G. IREDALE
JULIA YOO
PETER BIBRING
CHELSEA REHERMAN

*s/ Peter Bibring*

By: PETER BIBRING

Attorneys for Plaintiff

DATED:      August 5, 2026      WINGERT GREBING BRUBAKER &
WALSHOK LLP
CHARLES R. GREBING
ALAN K. BRUBAKER
ANIRUDH RAMAKRISHNAN
PAIGE L. BRUMAGEN

*s/ Charles R. Grebing*

By: CHARLES R. GREBING

Attorneys for Plaintiff

IREDALE AND YOO, APC