

Office of the Clerk

**United States Court of Appeals for the Ninth Circuit**

Post Office Box 193939

San Francisco, California 94119-3939

415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:         26-4993
Originating Case Number:  3:22-cv-01724-BTM-SBC

Case Title:               Estate of Dominique McCoy, et al. v. Cheung, et al.

**8/10/2026**

Crystal Reeves                                Mediation Questionnaire due

Daniel Cheung                                Mediation Questionnaire due

**8/17/2026**

Crystal Reeves                                Appeal Transcript Order Due

Daniel Cheung                                Appeal Transcript Order Due

**9/16/2026**

Crystal Reeves                                Appeal Transcript Due

Daniel Cheung                                Appeal Transcript Due

**10/26/2026**

Crystal Reeves                                Appeal Opening Brief Due

Daniel Cheung                                Appeal Opening Brief Due

**11/25/2026**

Estate of Dominique McCoy                  Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.** *See* **9th Cir. R. 42-1.**