

Office of the Clerk

**United States Court of Appeals for the Ninth Circuit**

Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Numbers: | 26-5082, 26-4993 |
| Originating Case Number: | 3:22-cv-01724-BTM-SBC |
| Case Title: | Estate of Dominique McCoy, et al. v. County of San Diego, et al. |

This order vacates all brief due dates set by previously-issued time schedule orders.  The parties will meet the following cross appeal time schedule.

**8/12/2026**

Estate of Dominique McCoy                    Mediation Questionnaire due

**10/26/2026**

Daniel Cheung                    Cross Appeal First Brief Due
Crystal Reeves                    Cross Appeal First Brief Due

**11/25/2026**

Estate of Dominique McCoy                    Cross Appeal Second Brief Due

**12/28/2026**

Crystal Reeves                    Cross Appeal Third Brief Due
Daniel Cheung                    Cross Appeal Third Brief Due
County of San Diego                    Cross Appeal Third Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the third brief on cross appeal.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.


**If the opening brief is not filed by the deadline, the court may dismiss this case.  *See* 9th Cir. R. 42-1.**