DAMON M. BROWN, County Counsel (SBN 242265)
SARAH H. LANHAM, Supervising Deputy (SBN 213555)
JACK WANG, Supervising Deputy (SBN 271960)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5116; Fax: (619) 531-6005
E-mail: sarah.lanham@sdcounty.ca.gov; jack.wang@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Daniel Cheung, Jacob Saelens and Crystal Reeves

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ESTATE OF DOMINIQUE McCOY by and through its Court Appointed Administrator WILLIAM McCOY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; DESAN TYSON; DANIEL CHEUNG; JACOB SAELENS; CRYSTAL REEVES; and DOES 10-36, Inclusive<br><br>Defendants. | No. 22cv1724- BTM-SBC<br><br>**DEFENDANTS' EX PARTE MOTION FOR ORDER EXCUSING INDIVIDUALLY NAMED DEFENDANTS FROM ATTENDING THE MANDATORY SETTLEMENT CONFERENCE**<br><br>MSC Date: November 2, 2026<br>Time: 9:00 a.m.<br>Courtroom 15B<br>Hon. Barry Ted Moskowitz<br><br>Magistrate Judge Hon. Steve B. Chu |

Defendants County of San Diego, Daniel Cheung, Jacob Saelens and Crystal Reeves move this Court for an order excusing all individually named defendants from personally appearing at the November 2, 2026 Mandatory Settlement Conference.[1] This will not limit the Conference as these individuals do not have the authority to negotiate a binding settlement agreement. Additionally, Deputies Cheung and Saelens have active law enforcement duties and Ms. Reeves, no longer a County employee, has her own

[1] Defendants note that the appeal of qualified immunity as to Defendants Cheung and Reeves is pending and, thus, this case should be stayed. *United States v. Claiborne*, 727 F2d 842, 850 (9th Cir. 1984); see *Coinbase, Inc. v. Bielski*, 599 US 736, 742, 143 S.Ct. 1915, 1920 (2023).

therapy practice. Counsel wishes to minimize the impact of this conference on their working schedules. The parties have met and conferred, and Plaintiff's counsel do not oppose this request.

Dated: October 8, 2026

DAMON M. BROWN, County Counsel

Sarah Lanham

By: *s/Sarah H. Lanham,* Supervising Deputy
Attorneys for Defendants County of San Diego, Daniel Cheung, Jacob Saelens and Crystal Reeves
E-mail: sarah.lanham@sdcounty.ca.gov