Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On October 8, 2026, I served the following document(s):

**DEFENDANTS' EX PARTE MOTION FOR ORDER EXCUSING INDIVIDUALLY NAMED DEFENDANTS FROM ATTENDING THE MANDATORY SETTLEMENT CONFERENCE**

in the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

Charles R. Grebing, Esq.
Alan K. Brubaker, Esq.
WINGERT GREBING BRUBAKER & WALSHOK LLP
1230 Columbia Street, Suite 400
San Diego, CA 92101
(619) 232-8151
Email: cgrebing@wingertlaw.com
Email: abrubaker@wingertlaw.com
Email: tneuhoff@wingertlaw.com
Email:aramakrishnan@wingertlaw.com

(*Attorneys for Plaintiffs*)

Eugene G. Iredale, Esq.
June Ito, Legal Secretary
Iredale and Yoo, APC
105 West F Street, 4th Floor
San Diego, CA 92101
T: (619) 233-1525
Email: egiredale@iredalelaw.com
Email: jyoo@iredalelaw.com
Email: pbibring@iredalelaw.com
admin@iredalelaw.com

(*Attorneys for Plaintiffs*)

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2026, at San Diego, California.

By: s/ Sarah Lanham
E-mail: Sarah.Lanham@sdcounty.ca.gov