UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF DOMINIQUE McCOY,

Plaintiff,

v.

COUNTY OF SAN DIEGO; DESAN TYSON; DANIEL CHEUNG; JACOB SAELENS; CRYSTAL REEVES; and DOES 10-36, Inclusive,

Defendants.

Case No.: 3:22-cv-1724-BTM-SBC

**ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR ORDER EXCUSING INDIVIDUALLY NAMED DEFENDANTS FROM ATTENDING THE MANDATORY SETTLEMENT CONFERENCE [ECF No. 188]**

Before the Court is the County Defendants' motion to excuse all individually named defendants from attending the November 2, 2026, Mandatory Settlement Conference ("MSC"). (Dkt. No. 188). Good cause appearing, the motion is **GRANTED**. The individually named defendants are excused from attending the MSC in person. But Defendants Reeves, Cheung, and Saelens must remain available by phone in the event their participation becomes necessary.

**IT IS SO ORDERED.**

Dated: October 9, 2026

Hon. Steve B. Chu
United States Magistrate Judge