UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Dominique McCoy, Plaintiff, v. Desan Tyson, Defendant. | Case No.: 22-cv-01724-BTM-SBC **ORDER TAXING COSTS** |

Upon application of Desan Tyson, a hearing for taxation of costs was held on June 2, 2026. Chelsea Reherman representing plaintiffs, and Sarah H. Lanham, representing defendants, appeared. Defendant filed a Bill of Costs on 5/13/2026 (Doc. 167). Plaintiff filed an Opposition on 5/22/2026 (Doc. 171). Defendant filed a supplemental document on 6/9/2026 (Doc. 173) at the request of the Clerk in order to provide further information that was required to properly tax costs.

**Deposition Transcripts**

Costs in connection with taking depositions are taxable under L.R.54.1.b.3. which allows for the costs of an original and one copy of a deposition transcript." The reasonable expenses of the deposition reporter, including travel and subsistence, are also taxable. Defendant requested $19,660.01 in deposition transcript costs. (Itemized on

PageIDs 4193-4194 and Invoiced on PageIDs 4207-4223). Costs for the original and one copy of the transcript, and deposition reporter expenses are taxable.

**Witness Fees**

Witness fees for depositions are taxable under L.R.54.1.b.43.f, which states that "(f)ees for the witness at the taking of a deposition are taxable at the same rates as for attendance at trial." Witness rates for trial are allowable per L.R.54.1.b.4.a, which allows "per diem, mileage, subsistence and attendance fees as provided in 28 U.S.C. §1821". Per 28 U.S.C. §1821, witnesses are entitled to an attendance fee of $40 per day for each day of attendance". Defendant requested $137.29 in attendance and mileage fees (Itemized on PageID 4193 and Invoiced on PageIDs 4201-4205). Costs for attendance and milage (calculated at the GSA milage reimbursement rate for 2024) are taxable.

**Service of Process**

Costs for service of process are taxable under L.R.54.1.b.1, which also allows that "(c)osts for service of subpoenas are taxable as well as service of summonses and complaints." Defendant requested costs to be taxed for service of subpoenas (improperly listed under "Exemplification and Copies of Papers Necessarily Obtained for Use in the Case") in the amount of $1,662.30 (Itemized on PageIDs 4194-4196 and Invoiced on PageIDs 4225-4240). Costs are taxable

**Copy Costs**

L.R.54.1.b.6.a allows for taxation of costs for copies obtained for use in a case if either "1. Copies were provided either to the court or to opposing counsel either by court order, rule or statute", or "2. Copies were used as court exhibits, either admitted into evidence, or attached to a motion". Defendant requested costs be taxed in the amount of $26,218.30 for delivery fees to the Court, video production, and the creation of a blurred surveillance video copy. (Itemized on PageID 4196 and invoiced on PageIDs 4242-4249) Costs for the surveillance video copy would be taxable under the Rule, as attested by Defendant, they were delivered to the Court pursuant to an Order issued by Magistrate Judge Chu (Doc. 173, PageID 4302).

Costs are taxed as follows:

| ***Description*** | ***Amount(s) Requested*** | ***Amount(s) Taxed*** |
|---|---|---|
| Fees of the clerk | | |
| Fees for service of summons and subpoenas | $1,662.30 | $1,662.30 |
| Fees for printed or electronically recorded transcripts | $19,660.01 | $11,973.25 |
| Fees and disbursements for printing | | |
| Fees for witnesses | $137.29 | $135.41 |
| Fees for exemplification and copies | $26,218.30 | $24,270.00 |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs as shown on mandate of Court of Appeals | | |
| Compensation of court-appointed experts | | |
| Compensation/costs of interpreters under 28 U.S.C. 1828 | | |
| Other costs as itemized: | | |
| ***TOTAL COSTS TAXED*** in favor of Desan Tyson | $47,677.90 | $38,040.96 |

Counsel's attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), FRCivP and Local Rule 7.1, shall be served and filed within seven (7) days after receipt of the Order Taxing Costs, or unless within the seven (7) day period the court permits the motion to be made orally.

Dated: October 29, 2026

John Morrill, Clerk of Court

__s/ S. Tweedle________
S. Tweedle, Deputy Clerk