EUGENE G. IREDALE: SBN 75292
*egiredale@iredalelaw.com*
PETER BIBRING: SBN 223981
*pbibring@iredalelaw.com*
CHELSEA REHERMAN: SBN 343446
*creherman@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

CHARLES R. GREBING: SBN 47927
*cgrebing@wingertlaw.com*
ALAN K. BRUBAKER: SBN 70298
*abrubaker@wingertlaw.com*
ANIRUDH RAMAKRISHNAN: SBN 342317
*aramakrishnan@wingertlaw.com*
WINGERT GREBING BRUBAKER & WALSHOK LLP
1230 Columbia Street, Suite 400
San Diego, CA 92101-3370
Telephone: (619) 232-8151
Fax: (619) 232-4665

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

THE ESTATE OF DOMINIQUE McCOY, by and through its Court Appointed Administrator, WILLIAM McCOY,

Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

CASE NO. 22-cv-1724-BTM-SBC

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO RETAX**

Hon. Judge Barry Ted Moskowitz

Date: December 18, 2026
Time: 11:00 a.m.

**Per Chambers, No Oral Argument Unless Requested by the Court**

IREDALE AND YOO, APC

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 18, 2026, at 11:00 am, before the Honorable Barry T. Moskowitz, United States District Court Judge, in Courtroom 15B of the James M. Carter and Judith N. Keep United States Courthouse, located at 333 West Broadway, San Diego, California 92101, Plaintiff will move this Court to retax costs.

This motion is based upon this notice, the attached memorandum of points and authorities, exhibits and pleadings already on file with this Court, and any additional exhibits, argument, evidence and/or oral argument, if allowed, which may be presented at or before the time of the hearing on this matter, and the records on file in this action and proceeding.

Respectfully submitted,

DATED: November 5, 2026

IREDALE & YOO, APC
EUGENE G. IREDALE
PETER BIBRING
CHELSEA REHERMAN

*s/ Chelsea Reherman*

By: CHELSEA REHERMAN
Attorneys for Plaintiff

DATED: November 5, 2026

WINGERT GREBING BRUBAKER & WALSHOK LLP
CHARLES R. GREBING
ALAN K. BRUBAKER
ANIRUDH RAMAKRISHNAN

*s/ Charles R. Grebing*

By: CHARLES R. GREBING
Attorneys for Plaintiff